THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JUSTIN F. BROWN,<br><br>               Plaintiff,<br><br>v.<br><br>BLAKE HILLS,<br><br>               Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:22-CV-435 DAK<br><br>District Judge Dale A. Kimball |

       On July 31, 2023, the Court ordered Plaintiff to within thirty days show cause why the Complaint, (ECF No. 5), should not be dismissed for failure to state a claim upon which relief may be granted. (ECF No. 19.) The Court gave a detailed analysis explaining the claims' invalidity. (*Id.*) Plaintiff has not responded and has not been heard from in this case since Plaintiff's request for documents was fulfilled by the Court on December 27, 2022, more than eight months ago. (ECF No. 18.) The analysis in the Order to Show Cause therefore stands unchallenged. (ECF No. 19.)

Based on that analysis, IT IS ORDERED that this action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted. *See* 28 U.S.C.S. § 1915(e)(2)(B)(ii) (2023).

DATED this 5th day of September, 2023.

BY THE COURT:

DISTRICT JUDGE DALE A. KIMBALL
United States District Court